UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION


**FILED**
JAN 2 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

The United States,

-vs-

Roberta Sue Rigsbee                    **Docket No. 05-00217 OWW**

**COMES NOW** Montgomery L. Olson, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Roberta Sue Rigsbee, who was placed on bond by the Honorable Sandra M. Snyder, U.S. Magistrate Judge, sitting in the Court at Fresno, California, on the 1st day of July, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18 USC 2252(a)(2) - Receipt or Distribution of Materials Involving the Sexual Exploitation of Minors; and,
18 USC 2252(a)(4) - Possession of Materials Involving the Sexual Exploitation of Minors

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant accessed the Internet on numerous occasions between October and December, 2005, while employed by the University Medical Center.

**PRAYING THAT THE COURT WILL ORDER** This defendant's conditions of release revoked pending a bond violation hearing and a no-bail bench warrant be issued for Ms. Rigsbee's arrest.

**LAST KNOWN ADDRESS:** 833 N. Manzanita Street, Visalia, California 93292.

**TELEPHONE NUMBER:** (559) 738-8987
I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted,

*Montgomery L. Olson*
MONTGOMERY L. OLSON
Pretrial Services Officer
DATE: January 26, 2006

---
***ORDER***
---

_✓_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at
$ __No Bail__.
___ The Court hereby orders this ex parte motion and order be sealed.
___ The Court orders a summons be issued with an appearance date of _____.
___ The Court hereby orders this matter placed on this court's calendar
on_____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
___ The Court orders no action be taken.

Considered and ordered this _26th_ day of
_Jan_ _2006_, and ordered filed and
made a part of the records in the above case.

_____

*U.S. Magistrate Judge/U.S. District Judge*

### CONDITIONS OF RELEASE

1. You shall be released on a $15,000 unsecured bond signed by James Rigsbee, to be replaced by a $15,000 property bond secured by equity in property owned by James and Roberta Sue Ribsbee;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You are released to the third party custody of Don Thornton, Jr.;

5. You shall obtain no passport during the pendency of this case;

6. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

7. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer;

8. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer, and you shall provide proof that you do not have access to use the computer that is being used by other family members in your residence;

9. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

10. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

11. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

12. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations; and,

13. You shall submit your person, residence, office, vehicle or computer to random searches conducted by the Pretrial Services Officer at reasonable times and in a reasonable manner to ensure compliance with your conditions of release; failure to submit to a search may be grounds for revocation; you shall warn any other residents that the premises and your computer equipment may be subject to searches pursuant to this condition.