SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ROBERTA RIGSBEE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTA RIGSBEE,<br><br>Defendant. | **CASE NUMBER:** CR-F-05-0217 OWW<br><br>**STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE**<br><br>Date: Monday, February 6, 2006<br>Time: 1:30 p.m.<br>Court: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through her attorney, that the Status Conference Hearing set for Monday, February 6, 2006 at 1:30 p.m. be continued to Monday, February 27, 2006 at 1:30 p.m.

Respectfully submitted,

DATED: February 2, 2006           /s/ Salvatore Sciandra
                                  SALVATORE SCIANDRA
                                  Attorney for Defendant,
                                  ROBERTA RIGSBEE

                                  Agreed to via telephone on 2/2/06.

DATED: February 2, 2006           /s/ David Gappa
                                  DAVID GAPPA
                                  Assistant U.S. Attorney

/ / /

/ / /

1  / / /

2  / / /

3  / / /

4  / / /

5                                    **ORDER**

6      **IT IS SO ORDERED.**

7

8  DATED:     Feb. 3, 2006                    /s/ OLIVER W. WANGER
                                              OLIVER W. WANGER
9                                             United States District Court Judge