UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:05-cr-217 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| ROBERTA SUE RIGSBY, | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been remanded and ordered detained;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Dated: ___Feb. 14, 2006          /s/ OLIVER W. WANGER_____
                                 OLIVER W. WANGER
                                 United States District Judge