SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ROBERTA RIGSBEE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:05-cr-00217 OWW |
|---|---|---|
| Plaintiff, | ) | |
|  | ) | STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON THE REPORT OF THE PROBATION OFFICER |
| v. | ) | |
| ROBERTA RIGSBEE, | ) | Date: Monday, June 26, 2006 |
|  | ) | Time: 9:00 p.m. |
| Defendant. | ) | Court: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for the hearing on the presentence report of the probation officer and sentencing be executed as follows:

Report available to defense counsel: continue from May 22, 2006 to June 19, 2006.

Informal Objections due to Probation and AUSA: continue from June 5, 2006 to July 3, 2006.

Formal Objections must be filed with the Court and served on Probation and AUSA: continue from June 19, 2006 to July 17, 2006.

Sentencing Hearing: continue from Monday, June 26, 2006 at 9:00 a.m. to Monday, July 24, 2006 at 1:30 p.m.

///

///

1  / / /

2  / / /

3  / / /

4  / / /

5  DATED:  June 1, 2006                               /s/ Salvatore Sciandra
                                                     SALVATORE SCIANDRA
6                                                    Attorney for Defendant,
                                                     ROBERTA RIGSBEE
7
                                                     Agreed to via telephone on 5/24/06.
8

9  DATED:  June 1, 2006                               /s/ David Gappa
                                                     DAVID GAPPA
10                                                   Assistant U.S. Attorney

11  / / /

12  / / /

13                                      **ORDER**
    IT IS SO ORDERED.
14
    **Dated:   June 1, 2006**                       **/s/ Oliver W. Wanger**
15  emm0d6                                          UNITED STATES DISTRICT JUDGE