SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ROBERTA RIGSBEE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERTA RIGSBEE,<br><br>        Defendant. | CASE NUMBER: 1:05-cr-00217 OWW<br><br>STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON THE REPORT OF THE PROBATION OFFICER<br><br>Date:  Monday, July 24, 2006<br>Time:  1:30 p.m.<br>Court: Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for the hearing on the presentence report of the probation officer and sentencing be executed as follows:

    Informal Objections due to Probation and AUSA: continue from 3, 2006 to July 31, 2006.

    Formal Objections must be filed with the Court and served on Probation and AUSA: continue from July 17, 2006 to August 14, 2006.

    Sentencing Hearing: continue from Monday, July 24, 2006 at 1:30 p.m. to Monday, August 21, 2006 at 1:30 p.m.

DATED: July 18, 2006                                    /s/ Salvatore Sciandra
                                                                        SALVATORE SCIANDRA
                                                                        Attorney for Defendant,
                                                                        ROBERTA RIGSBEE

                                                                        Agreed to on 7/17/06 with Mr. Gappa

/ / /

/ / /

/ / /

DATED: July 18, 2006          /s/ David Gappa
                              DAVID GAPPA
                              Assistant U.S. Attorney

/ / /

/ / /

**ORDER**

IT IS SO ORDERED.

**Dated:   July 21, 2006**               **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

PEOPLE v. RIGSBEE
STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON THE REPORT OF THE PROBATION OFFICER
CASE NUMBER: 1:05-cr-00217 OWW                                                              2