SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ROBERTA RIGSBEE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                    Plaintiff,                      )<br>                                                            )<br>v.                                                        )<br>                                                            )<br>                                                            )<br>                                                            )<br>ROBERTA RIGSBEE,                           )<br>                                                            )<br>                                                            )<br>                    Defendants.                 )<br>_____) | CASE NUMBER: 1:05-CR-00217-OWW<br><br>APPLICATION FOR SEALING PSYCHOLOGICAL REPORT OF SUSAN NAPOLITANO, PH.D.; [PROPOSED] ORDER<br><br>DATE:     Monday, August 21, 2006<br>TIME:     1:30 p.m.<br>COURT:  Honorable Oliver W. Wanger |

    **COMES NOW** defendant herein, ROBERTA RIGSBEE, who applies hereby for an order permitting her to file under seal the psychological report prepared by Susan Napolitano, Ph.D.  We are requesting the report to be filed under seal due to the sensitive nature of the matter.  Dr. Napolitano's report has already been served on Assistant United States Attorney David Gappa and Dayna Ward of the United States Probation Office.

    Therefore, defendant RIGSBEE respectfully requests that this Court order the within report of Susan Napolitano, Ph.D. to be scanned by the Clerks Office into the sealed section of the ECF, and the original returned to counsel.

                                            Respectfully submitted,

DATED:  July 31, 2006                              /s/  Salvatore Sciandra
                                                            SALVATORE SCIANDRA
                                                            Attorney for Defendant,
                                                            ROBERTA RIGSBEE

# SEALING ORDER

Having reviewed defendant RIGSBEE's motion to file the psychological report of Susan Napolitano, Ph.D., and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the report of Susan Napolitano, Ph.D. be filed under seal, and that the documents be scanned by the Clerk's Office into the sealed section of ECF, and the original be returned to counsel.

IT IS SO ORDERED.

**Dated:   July 31, 2006**               /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE