IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/<br>　　　　　Respondent,<br><br>　　　vs.<br><br>ROBERTA SUE RIGSBEE,<br><br>　　　　　Defendant/<br>　　　　　Petitioner. | No. CR-F-05-217 OWW<br><br>ORDER DENYING PETITIONER'S MOTION FOR MODIFICATION OF SENTENCE |

Roberta Sue Rigsbee, proceeding *in pro per*, has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

Petitioner bases her motion on "Amendment 12" to the Sentencing Guidelines:

> The Criminal History Category (Amendment 12) to the Sentencing Guidelines addresses two critical areas of Chapter Four criminal history rules: the counting of multiple prior sentences and the use of misdemeanor and petty offenses in determining a defendant's criminal history score.

1

Petitioner contends that "Amendment 12" "will effectively reduce Petitioner's sentence by two (2) Offense Levels - from the current level 27 to a Level 25."

Although Petitioner cites to "Amendment 12", the Court assumes that she meant to refer to Amendment 709, which alters the way that certain prior convictions may be counted in calculating a defendant's Criminal History Category.  The effective date of Amendment 709 was November 1, 2007.

Petitioner is not entitled to a reduction of her sentence pursuant to Section 3582(c)(2) and her motion is DENIED.

Section 3582(c)(2) provides in pertinent part that a district court may not modify a term of imprisonment after it has been imposed except:

> in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(*o*) ..., the court may reduce the term of imprisonment after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with the applicable policy statements issued by the Sentencing Commission.

The applicable policy statement issued by the Sentencing Commission is set forth in U.S.S.G. § 1B1.10(a):

> Where a defendant is serving a term of imprisonment, and the guideline range applicable to the defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (c) below, a reduction in the defendant's term of imprisonment is authorized under 18 U.S.C. § 3582(c)(2).  If none of the amendments listed in subsection (c) is

2

>     **applicable, a reduction in the defendant's
>     term of imprisonment under 18 U.S.C. §
>     3582(c)(2) is not consistent with this policy
>     statement and thus is not authorized.**

**Amendment 709 is not listed in U.S.S.G. § 1B1.10(c).**

IT IS SO ORDERED.

| Dated: January 28, 2008 | /s/ Oliver W. Wanger |
|---|---|
| | UNITED STATES DISTRICT JUDGE |